A CERTIFIED TRUE COPY

FEB - 6 2008

ATTEST *Darise Moore Stone*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ORTHO EVRA PRODUCTS LIABILITY LITIGATION**

Latoya Robinson, et al. v. Ortho-McNeil Pharmaceutical, )
Inc., et al., S.D. Illinois, C.A. No. 3:07-869   )      MDL No. 1742

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Robinson*) on February 1, 2008. The Panel has now been advised that *Robinson* was remanded to the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, by the Honorable G. Patrick Murphy in an order filed January 9, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-63" filed on February 1, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

February 6, 2008

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

Re: MDL No. 1742 -- IN RE: Ortho Evra Products Liability Litigation

   Latoya Robinson, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al., S.D. Illinois, C.A. No. 3:07-869

Dear Mr. Jaworski:

   I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

   Very truly,

   Jeffery N. Lüthi
   Clerk of the Panel

   By _Denise Morgan-Stone_
   Deputy Clerk

Enclosure

cc: Transferee Judge: Judge David A. Katz
    Transferor Judge: Judge G. Patrick Murphy

JPML Form 87